**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**WESTERN DIVISION**

**UNITED STATES OF AMERICA**

vs.                                        No. 4:14CR00017 JMM

**HECTOR DELGADO**
**WILMER GEOVANI FUENTES-RAMOS and**
**VICTOR RUIZ-FLORES**

### ORDER

Pending is the government's motion to dismiss the indictment. (Docket #48). The motion is GRANTED. The Indictment against Hector Delgado, Wilmer Geovani Fuentes-Ramos and Victor Ruiz-Flores is hereby dismissed.

IT IS SO ORDERED this 2nd day of May, 2014.

_____
JAMES M. MOODY JR.
UNITED STATES DISTRICT JUDGE